IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| SHULER, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>ARNOTT, et al.,<br><br>    Defendants. | Case No. 6:20-cv-03281-MDH |

## ORDER

Before the Court is Plaintiffs' Pro Se Motion to Have Court Issue Summonses and Serve Process (Doc. 10). The Court previously granted Plaintiff's pro se motion for leave in forma pauperis (IFP) (Doc. 4) and Plaintiffs have filed their Complaint (Doc. 8). Plaintiffs requests that the Court order service to be made by a United States marshal or deputy marshal or by a person specially appointed by the Court due to Plaintiffs' IFP status. See FRCP 4(c)(3). Plaintiff has provided service information for each defendant. (See Doc. 10, Ex. A).

The Court hereby **GRANTS** Plaintiff's motion and **ORDERS** the Clerk of the Court to issue appropriate summons as authorized by Federal Rule of Civil Procedure 4, and deliver the summons, the Complaint and a copy of this Order to the United States Marshal for service of process.

**IT IS SO ORDERED.**

Date: February 17, 2021

                                                      */s/ Douglas Harpool*
                                                    **DOUGLAS HARPOOL**
                                                   **UNITED STATES DISTRICT JUDGE**